CHARLES H. LANDESMAN, ESQ.
Attorney for Plaintiff
360 Kearny Avenue
Kearny, NJ 07032
(201) 991-5343
charles@landesmanlaw.com

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY
## CAMDEN VICINAGE

---

| | |
|---|---|
| Abdul M. Frazier, | : AMENDMENT TO COMPLAINT |
| | : |
| VS | : Civil Action No. 1:18-cv16774 RMB-DEA |
| | : |
| Administrator Willie Bonds et als | : |

Plaintiff, Abdul M. Frazier, by way of an Amendment to the Complaint says:

The Complaint is hereby amended by adding Victoria D'Amico as a defendant and by dismissing Nurse Ripley as a defendant.  Plaintiff refers to pages 4-C and 4-D of the Complaint and substitutes defendant Victoria D'Amico for defendant Nurse Ripley who was erroneously named as the defendant who saw plaintiff on September 17, 2018.  All of the conduct, actions and allegations attributed to Nurse Ripley was the conduct, actions and allegations of Victoria D'Amico who was the nurse practitioner who saw plaintiff on September 17, 2018.  As a result, plaintiff is alleging pursuant to 42 U.S.C. 1983 that defendant Victoria D'Amico's conduct toward plaintiff constituted cruel and unusual punishment and deliberate indifference in violation of plaintiff's Eighth Amendment constitutional rights.

/S/Charles H. Landesman
Charles H. Landesman
Attorney for Plaintiff

Dated: February 5,  2020